IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GREGORY R. YOUNG,

    Petitioner,

v.                               CASE NO. 5:13-cv-191-RS-GRJ

WARDEN N.C. ENGLISH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5), Petitioner's Objections (Doc. 7), and Petitioner's Brief in Support of Petition for Writ of Habeas Corpus (Doc. 9). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED**.

3. The clerk is directed to close the file.

**ORDERED** on July 3, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**